

| JEANNETTE J. CLACK<br>CLERK OF COURT | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>200 East Wall, Room 222<br>Midland, Texas 79701-5217 | PHILIP J. DEVLIN<br>CHIEF DEPUTY |
|---|---|---|

September 20, 2018

Mr. Lyle Cayce, Clerk
U.S. Court of Appeals - Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re:   USCA No. 18-70026 / USDC No. 7:12-cv-126-DAE
      Michael Dean Gonzales v. Lorie Davis

Dear Sir:

In connection with this appeal, the following item is being transmitted to you for the preparation of your appellate brief.  Please acknowledge receipt on the enclosed copy of this letter, and return it to this office at the above listed address.

     __X__   Record on appeal consisting of:

             2  (two) Boxes of State Court Records,
             2  (two) Boxes of Petitioner's Evidentiary Hearing Exhibits (July 2017)
             2  (two) Boxes of Respondent's Evidentiary Hearing Exhibits (July 2017).

     _____   Supplemental Record, including docket entries.


                                      Sincerely,

                                      /s/

                                      Jaye Kissler, Deputy Clerk


I hereby acknowledge receipt of the above-referenced appellate record.

_____        _____
Name/Address/Telephone                                   Date

_____
Print Name