

|  | **UNITED STATES DISTRICT COURT** |  |
|---|---|---|
| **JEANNETTE J. CLACK** | **WESTERN DISTRICT OF TEXAS** | **PHILIP J. DEVLIN** |
| **CLERK OF COURT** | **200 East Wall, Room 222** | **CHIEF DEPUTY** |
|  | **Midland, Texas  79701-5217** |  |

February 3, 2020

Supreme Court of the United States
Attn: Ms. Laurie Wood
Clerk's Office
1 First Street Northwest
Washington, DC 20543

Re:  USDC# 7:12-CV-126 (01)
       USCA# 18-70026
       Michael Dean Gonzales v. Lorie Davis

Dear Ma'am:

   In connection with this appeal, the following documents are being transmitted. Please confirm receipt by responding to this email.

   __X__   Record on Appeal:  consisting of _4_ Volumes of the EROA

If you have any questions, feel free to contact me at (432) 686-4001 ext. 0353.

Sincerely,

Samantha Enriquez, Deputy Clerk

I hereby acknowledge receipt of the above-referenced appellate record.

_____       _____
Name/Address/Telephone                                                                                  Date

_____
Print Name